IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                          RESPONDENT

v.                    Case No. 4:11-cr-040037-001
                      Case No. 4:14-cv-4155

GREGORY LEWIS                                                     MOVANT

### ORDER

Before the Court is the Report and Recommendation filed February 18, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 1672). Judge Bryant recommends that Movant's Motion to Vacate, Set Aside, or Correct Sentence be denied.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 1672) should be and hereby is **DENIED**. Pursuant to 28 U.S.C. §1915(a), the Court finds that an appeal from the denial of this motion would not be taken in good faith.

**IT IS SO ORDERED**, this 8th day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge