IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                          Case No. 4:11-cr-40037
                            Case No. 4:14-cv-4155

GREGORY LEWIS                                                                               DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed by Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 1672). On March 8, 2016, after the time for objections had passed, the Court adopted the Report and Recommendation *in toto*. (ECF No. 1673). Lewis then filed a Motion for Extension of Time to File Objections. (ECF No. 1674). The Court granted the Motion (ECF No. 1675), and Lewis filed his objections (ECF No. 1679).

While Plaintiff has filed objections to the Report and Recommendation, the objections are not directly responsive to the Report and Recommendation and raise no specific objections for the Court to consider. Accordingly, the Court overrules Plaintiff's objections. For the reasons stated herein, as well as those contained in the Report and Recommendation, the Court's Order adopting the Report and Recommendation (ECF No. 1673) remains unchanged.

**IT IS SO ORDERED**, this 29th day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge