IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


UNITED STATES OF AMERICA                                          PLAINTIFF

V.                                    CASE NO. 4:14-CV-4155
                                      CASE NO. 4:11-CR-40037

GREGORY LEWIS                                                    DEFENDANT

## ORDER

Before the Court is Defendant's Amended Application for a Certificate of Appealability.

ECF No. 1728. Defendant has filed the same document with the United States Court of Appeals

for the Eighth Circuit. *Lewis v. United States*, No. 16-2196 (8th Cir. filed June 24, 2016), ECF

No. 4421167. On September 22, 2016, the Eighth Circuit granted Defendant's Application solely

on the issue of "[w]hether counsel was ineffective for failing to challenge the district court's

finding that [Defendant's] 2006 conviction was a crime of violence for purposes of sentencing."

*Lewis*, ECF No. 4450848. Therefore, Defendant's Amended Application filed in this Court is

moot.

For the reasons stated above, Defendant's Amended Application for a Certificate of

Appealability (ECF No. 1728) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 26th day of October, 2016.


                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              United States District Judge